

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95 |
| ORLEANS PARISH CRIMINAL DISTRICT COURT ET AL. | SECTION "L" (2) |

### ORDER

By order dated February 4, 2000, plaintiff, Anthony C. Smith, was ordered to submit to the Court, on or before March 3, 2000, the following:

1. A written list of the full names of all persons whom plaintiff contends violated his constitutional rights under the facts alleged in this lawsuit.

2. A written statement advising the Court whether plaintiff is presently incarcerated based on a conviction and, if so, the date of conviction.

3. A written statement of the facts expected to be offered at trial either orally or as documents.

4. A complete and specific list of all documents to be offered at trial.

5. A complete list of all witnesses to be called at trial, including:

DATE OF ENTRY    MAR 09 2000



      a.      Name and address of each witness.

      b.      A separate summary of the expected testimony of each witness.

A review of the Court's record reflects that plaintiff has not complied with the Court's order. Accordingly,

**IT IS ORDERED** that plaintiff show cause why his suit should not be dismissed for failure to comply with the Court's previous order dated February 4, 2000 by filing written reasons or a statement providing the requested information in the Court's record on or before **March 24, 2000**. This is plaintiff's final notice of this requirement. Failure to comply with this order will result in issuance of a report and recommendation that the case be dismissed for failure to prosecute.

New Orleans, Louisiana, this _8th_ day of March, 2000.

                                                JOSEPH C. WILKINSON, JR.
                                                UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY PLAINTIFF
BY REGULAR MAIL AT THE
FOLLOWING ADDRESS:**

ANTHONY C. SMITH #861119
ORLEANS PARISH PRISON
TEMPLEMAN 2-C-3
2800 GRAVIER STREET
NEW ORLEANS, LA 70119