

MINUTE ENTRY
WILKINSON, M.J.
MARCH 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95 |
| ORLEANS PARISH CRIMINAL DISTRICT COURT ET AL. | SECTION "L" (2) |

    The Clerk is directed to file the attached medical records, as verified, in the record of the above-captioned case.

DATE OF ENTRY
MAR 3 1 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc.No.____ 14