

MINUTE ENTRY
WILKINSON, M.J.
APRIL 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95 |
| ORLEANS PARISH CRIMINAL<br>DISTRICT COURT ET AL. | SECTION "L" (2) |

<u>**HEARING ON MOTION**</u>

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion for Summary Judgment

O R D E R E D:

__XXX__ :   DISMISSED AS MOOT: Findings and Recommendation to dismiss the captioned case for failure to prosecute was entered March 30, 2000 by the undersigned magistrate judge. Record Doc. No. 13.

DATE OF ENTRY
APR 4 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE