

MINUTE ENTRY
M. J. WILKINSON
APRIL 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY C. SMITH                                    CIVIL ACTION

VERSUS                                              NO. 00-95

ORLEANS PARISH CRIMINAL                             SECTION "L" (2)
DISTRICT COURT ET AL.

  Plaintiff has now responded to the Court's previous orders to provide the Court with

a statement of facts and a list of witnesses and exhibits.  Accordingly, **IT IS ORDERED**

that the Findings and Recommendation issued by the undersigned magistrate judge on

March 30, 2000, Record Doc. No. 13, is hereby VACATED AND RESCINDED.

  **IT IS FURTHER ORDERED** that the dismissal as moot of the motion for

summary judgment filed by defendant, Charles C. Foti, Jr., issued by the undersigned

DATE OF ENTRY

APR 2 4 2000



magistrate judge on April 3, 2000, Record Doc. No. 15, is also VACATED AND
RESCINDED.  Plaintiff is hereby **ORDERED** to respond in writing to defendant's motion
for summary judgment by **May 12, 2000**.  Plaintiff's response should include sworn
affidavits or other evidentiary materials that set forth specific facts demonstrating that there
is a genuine issue of material fact for trial in this case.  Failure to follow the requirements
of this order may result in a recommendation that final judgment be entered in favor of
defendant without a further evidentiary hearing.

　　　**IT IS FURTHER ORDERED** that a preliminary conference by telephone is hereby
scheduled with the undersigned magistrate judge on **May 23, 2000 at 10:00 a.m.**  The
purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial
and trial dates, if appropriate.  The magistrate judge's office will initiate the conference
call.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2