

MINUTE ENTRY
WILKINSON, M. J.
MAY 23, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95 |
| ORLEANS PARISH CRIMINAL DISTRICT COURT ET AL. | SECTION "L" (2) |
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-908 |
| ORLEANS PARISH PRISON | SECTION "R" (2) |

During the preliminary conference conducted on this date, plaintiff, Anthony C. Smith, requested information concerning the balance of the filing fees owed in the above-captioned cases. Plaintiff is advised that the financial records of the Clerk of Court in these cases reveals the following:

DATE OF ENTRY
MAY 2 4 2000



**$5.00** has been deducted from plaintiff's inmate prisoner account toward payment of the $150.00 filing fee in Civil Action No. 00-95 "L" (2). This Court's order shall continue until the remaining balance of **$145.00** is collected from plaintiff's prisoner account toward payment of the $150.00 filing fee in Civil Action No. 00-95 "L" (2).

**No** funds have been deducted from plaintiff's inmate prisoner account toward payment of the $150.00 filing fee in Civil Action No. 00-908 "R" (2). This Court's order shall continue until the full balance of **$150.00** is collected from plaintiff's prisoner account toward payment of the $150.00 filing fee in Civil Action No. 00-908 "R" (2).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE