

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY C. SMITH     CIVIL ACTION

VERSUS    *00-95*    NO. 00-908

ORLEANS PARISH PRISON     SECTION "L" (2)

### CONSOLIDATION ORDER

It appears to the Court that the cause of action alleged in the above-captioned case is related to Civil Action No. 00-95 "L" (2). Accordingly,

**IT IS ORDERED** that Civil Action No. 00-908 is hereby consolidated with Civil Action No. 00-95 for further proceedings before the magistrate judge.

New Orleans, Louisiana, this _26th_ day of May, 2000.

DATE OF ENTRY
MAY 2 6 2000

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

