

MINUTE ENTRY
WILKINSON, M.J.
JULY 5, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95 c/w 00-908 |
| ORLEANS PARISH CRIMINAL DISTRICT COURT ET AL. | SECTION "L" (2) |

    The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the hearing conducted on May 23, 2000 and recorded in chambers in the above-captioned cases and hold same for further use.

DATE OF ENTRY
JUL 6 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

