```
                                              FILED
                                          U.S. DISTRICT COURT
MINUTE ENTRY                            EASTERN DISTRICT OF LA
FALLON, J.
August 8, 2000                            2000 AUG 10 PM 1:44

                                             LORETTA G. WHYTE
                                                  CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY C. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-95<br>REF: ALL CASES |
| ORLEANS PARISH CRIMINAL DISTRICT COURT, ET AL | SECTION: L |

The Court is in receipt of a pleading, Emergency Documentation and Entitled ... Also Information Concerning Cases 00-95 and 00-908, Etc., filed by the plaintiff, Anthony C. Smith, on August 1, 2000. Said filing shall be construed as an objection to the Magistrate Judge's Report and Recommendation, and as such, is hereby TAKEN UNDER SUBMISSION.

DATE OF ENTRY
AUG 1 0 2000

Fee____
Process____
X Dktd____
___ CtRmDep____
___ Doc.No.____