

MINUTE ENTRY
FALLON, J.
November 16, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY SMITH | * | CIVIL ACTION |
| VERSUS | * | NO. 00-95 c/w 00-908 |
| BURL CAIN, WARDEN | * | SECTION "L" |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's pleading, Emergency Documentation and Entitled . . . Also Information Concerning Cases 00-95 and 00-908, etc., construed as objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion.

In plaintiff's objections, he notifies the Court of his transfer to another facility and that he intended to file his suit against anyone who had the authority to violate his constitutional rights whether he properly named them or not. With regard to plaintiff's objections, the Court notes that the Report and Recommendation properly analyzes the appropriate statutes and caselaw to conclude that the plaintiff is not entitled to relief under section 1983 even if he addressed his claims to the proper defendants. Therefore,

DATE OF ENTRY
NOV 2 0 2000

IT IS ORDERED that plaintiff's objections are DENIED and that plaintiff's complaint is hereby DISMISSED WITH PREJUDICE as legally frivolous and/or failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997(e)(c)(1).

New Orleans, Louisiana, this _17_ day of November, 2000.

UNITED STATES DISTRICT JUDGE