

U.S. DISTRICT COURT
NOV 17 2000
2000 NOV 17 PM 2:56
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY C. SMITH                               CIVIL ACTION

VERSUS                                         NO. 00-95 c/w 00-908

ORLEANS PARISH CRIMINAL                        SECTION "L" (2)
DISTRICT COURT ET AL.

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, the Orleans Parish Criminal District Court, the Office of the District Attorney of Orleans Parish, the Louisiana Fourth Circuit Court of Appeal, the Louisiana Supreme Court, Orleans Parish Criminal Sheriff Charles C. Foti, Jr. and the Orleans Parish Prison, and against plaintiff, Anthony C. Smith, dismissing plaintiff's complaint with prejudice as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

DATE OF ENTRY
NOV 20 2000

New Orleans, Louisiana, this __17__ day of __Nov__, 2000.

_____
UNITED STATES DISTRICT JUDGE